NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIFESCAN SCOTLAND, LTD.,**
*Appellant*

**v.**

**PHARMATECH SOLUTIONS, INC.,**
*Appellee*

---

2015-1149

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00247.

---

**JUDGMENT**

---

DIANNE B. ELDERKIN, Akin, Gump, Strauss, Hauer & Feld, LLP, Philadelphia, PA, argued for appellant. Also represented by STEVEN D. MASLOWSKI, JASON WEIL.

JOHN J. SHAEFFER, Fox Rothschild, LLP, Los Angeles, CA, argued for appellee. Also represented by JEFFREY H. GRANT; WILLIAM A. RUDY, Denver, CO.

SCOTT WEIDENFELLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, STACY BETH MARGOLIES.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 20, 2016        /s/ Daniel E. O'Toole
Date        Daniel E. O'Toole
Clerk of Court